IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


ISAIAH THREADGILL                                                    PLAINTIFF


v.                              Civil No. 4:25-cv-04102-SGS


GINA BUTLER                                                         DEFENDANTS

## JUDGMENT

For the reasons set forth in the Order of Dismissal entered on this same day, Plaintiff's

Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and

comply with the Court's Orders, and this case is hereby closed.

**IT IS SO ORDERED this 2nd day of April 2026.**


/s/ *Spencer G. Singleton*
HON. SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE

1